ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Angelica M. Torres Hernandez De Ramirez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANGELICA M. TORRES HERNANDEZ DE RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security, Performing the Duties and Functions Not Reserved to the Commission of Social Security,<br><br>Defendant. | CASE NO. EDCV 16-2035-DFM<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SIX-THOUSAND NINE-HUNDRED DOLLARS and NO CENTS ($6,900.00), and costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS ($400.00), subject to the terms of the Stipulation.

Dated: May 14, 2018

_____
DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

1